B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court
## District of South Carolina

In re **Beach First National Bancshares, Inc.**
_____
Debtor

Case No. _____

Chapter ___7___ _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $        0.00 | | |
| B - Personal Property | YES | 4 | $  3,749,235.39 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $        0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $        0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $  13,324,526.04 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 13 | $  3,749,235.39 | $  13,324,526.04 | |

B6A (Official Form 6A) (12/07)

In re:  **Beach First National Bancshares, Inc.**    Case No. _____
                                                              (if known)
_____
Debtor

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |

Total ➤    0.00

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   Beach First National Bancshares, Inc.                                    ,        Case No. _____
                          Debtor                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Beach First National Bank 3751 Robert M. Grissom Parkway Suite 100 Myrtle Beach, SC  29577  **Regular Business Checking Account** | | 56,315.08 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Beach First National Bank 3751 Robert M. Grissom Parkway Suite 100 Myrtle Beach, SC  29577  **Premium Money Market Account** | | 5,651.72 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Old National Bank 001 Evansville Main Post Office Box 718 One Main Street Evansville, IN  47705  **Business Checking Account** | | 397,653.52 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   Beach First National Bancshares, Inc.                                              ,          Case No. _____
                                            Debtor                                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Beach First National Bank 3751 Robert M. Grissom Parkway Suite 100 Myrtle Beach, SC  29577 | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Beach First National Trust II Beach First National Bank 3751 Robert M. Grissom Parkway Suite 100 Myrtle Beach, SC  29577 | | 155,000.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Beach First National Trust Beach First National Bank 3751 Robert M. Grissom Parkway Suite 100 Myrtle Beach, SC  29577 | | 155,000.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | BFNM Building, LLC 3751 Robert M. Grissom Parkway Suite 100 Myrtle Beach, SC  29577<br><br>Office Building | | 2,973,436.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Bank of North Carolina 3751 Robert M. Grissom Parkway Suite 100 Myrtle Beach, SC  29577<br><br>Monthly Rent of $27,154.51 | | 0.00 |
| Accounts receivable. | | G&S Bakery, LLC 3751 Robert M. Grissom Parkway Suite 101 Myrtle Beach, SC  29577<br><br>Monthly Rent of $5,560.92 | | 5,560.92 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Beach First National Bancshares, Inc. _____,        Case No. _____
                                Debtor                                           (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Accounts receivable. | | R.A. Management<br>110 Matthews Station Street<br>Suite 2-D<br>Matthews, NC 28105<br><br>**Monthly rent of $5,442.00** | | 0.00 |
| Accounts receivable. | | Raymond James & Associates, Inc.<br>880 Carillon Parkway<br>St. Petersburg, FL 33716<br><br>**Monthly Base Rent of $2,793.82 beginning year two of lease** | | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Broadbridge Financial<br>1981 Marcus Avenue<br>Lake Success, NY 11042<br><br>**Refund** | | 618.15 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Beach First National Bancshares, Inc._____,    Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

____3____  continuation sheets attached          Total  ➤              $3,749,235.39

(Include amounts from any continuation sheets
attached. Report total also on Summary of
Schedules.)

B6D (Official Form 6D) (12/07)

In re   **Beach First National Bancshares, Inc.**                    ,       Case No. _____
                                                                                                    (If known)
                                    **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐      Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Beach First National Bank<br>c/o FDIC<br>3751 Robert M. Grissom Parkway<br>Suite 100<br>Myrtle Beach, SC 29577 | | | Security Agreement dated as of 12/17/09 pledging property of all types<br><br>VALUE: Unknown | X | X | X | Unknown | Unknown |

0      continuation sheets
       attached

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $      0.00 | $      0.00 |
| $      0.00 | $      0.00 |

(Report also on Summary of Schedules)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re    __Beach First National Bancshares, Inc._____      Case No. _____
                                    Debtor                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐    **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐    **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐    **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐    **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐    **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  continuation sheets attached

B6E (Official Form 6E) (12/07) – Cont.

In re    Beach First National Bancshares, Inc.                                     Case No. _____
                                    Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals▷ (Totals of this page) | $        0.00 | $        0.00 | $        0.00 |
| Total ▷ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $        0.00 | | |
| Total ▷ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $        0.00 | $        0.00 |

B6F (Official Form 6F) (12/07)

In re  <u>Beach First National Bancshares, Inc.</u> ,          Case No. _____
                    Debtor                                                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐        Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | 3,759.88 |
| APA Properties No. 8, L.P. Peter Lawrence of Virginia, Inc. 11440 Isaac Newton Square North Suite 208 Reston, VA 20190 | | | Demand for unpaid amounts due under Lease Agreement | | | | |
| ACCOUNT NO. | X | | | X | X | X | 2,693,820.36 |
| Bank of America 1901 Main Street 3rd Floor Columbia, SC 29201 | | | Guaranty of BFNM Building, LLC Promissory Note dated 06/09/05 | | | | |
| ACCOUNT NO. | | | | X | X | X | 0.00 |
| Comptroller of the Currency Special Supervision Division Washington, DC 20219 | | | Capital Restoration Plan Guaranty Agreement dated 12/17/09 | | | | |
| ACCOUNT NO. | | | | | | X | 168,712.08 |
| South Carolina Bankers Employee Benefit Trust Attn: Teresa D. Taylor 2009 Park Street Columbia, SC 29202 | | | Health insurance claims | | | | |
| ACCOUNT NO. | | | | | | | 5,225,926.52 |
| The Bank of New York Mellon 601 Travis Street 16th Floor Houston, TX 77002 | | | Junior Subordinated Debt Securities due June 15, 2035 dated 03/28/05 | | | | |

  <u>1</u>  Continuation sheets attached

                                                        Subtotal ➤ | $ | 8,092,218.84 |

                                                        Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Beach First National Bancshares, Inc.                            Case No. _____
                        Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Wilmington Trust Company Corporate Capital Markets Rodney Square North 1100 North Market Street Wilminigton, DE  19890** | | | Floating Rate Junior Subordinated Debt Securities due 2034 dated 05/27/04 | | | | 5,232,307.20 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ | $ | 5,232,307.20

Total ➢ | $ | 13,324,526.04

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:  Beach First National Bancshares, Inc.                                          Case No. _____
                                         Debtor                                                                          (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| APA Properties No. 8, L.P.<br>Peter Lawrence of Virginia, Inc.<br>11440 Isaac Newton Square North<br>Suite 208<br>Reston, VA  20190 | Dominion Point Lease between APA Properties No. 8, L.P. and Beach First National Bank dated 12/05/08, executed by Beach First National Bancshares, Inc. |
| Beach First National Bancshares, Inc.<br>3751 Robert M. Grissom Parkway<br>Suite 100<br>Mytle Beach,SC  29577 | Beach First National Bancshares, Inc. 1997 Stock Option Plan |
| Beach First National Bank<br>3751 Robert M. Grissom Parkway<br>Suite 100<br>Mytle Beach,SC  29577 | Lease Agreement dated 12/01/05 |
| BFNM Building, LLC<br>3751 Robert M. Grissom Parkway<br>Suite 100<br>Myrtle Beach, SC  29577 | Lease Agreement dated 06/08/05 |
| BFNM Building, LLC<br>3751 Robert M. Grissom Parkway<br>Suite 100<br>Myrtle Beach, SC  29577 | BFNM Building, LLC Operating Agreement dated 06/08/05 |
| G&S Bakery, LLC<br>3751 Robert M. Grissom Parkway<br>Suite 101<br>Myrtle Beach, SC  29577 | Lease Agreement dated 01/10/07 |
| Nelson Mullins Riley<br>& Scarborough, L.L.P.<br>Beach First Center, 3rd Floor<br>3751 Richard M. Grissom Parkway<br>Myrtle Beach, SC  29577 | BFNM Building, LLC Operating Agreement dated 06/08/05 |
| R.A. Management, Inc.<br>110 Matthews Station Street<br>Suite 2-D<br>Matthews, NC  28105 | Lease Agreement dated 03/16/07 |

B6G (Official Form 6G) (12/07) -Cont.

In re:  Beach First National Bancshares, Inc.                      ,     Case No.  _____
                              Debtor                                                        (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Raymond James & Associates, Inc.<br>880 Carillon Parkway<br>St. Petersberg, FL  33716 | Office Lease Agreement dated 02/04/10 |
| The Poelker Consultancy, Inc.<br>3030 Spalding Drive<br>Atlanta, GA  30350 | Consulting Agreement dated 02/04/10, as amended 04/14/10 |

B6H (Official Form 6H) (12/07)

In re: **Beach First National Bancshares, Inc.**                                    Case No. _____
_____                                                      (If known)
                              Debtor

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **BFNM, LLC**<br>**3751 Robert M. Grissom Parkway**<br>**Myrtle Beach, SC  29577**<br><br>**Nelson Mullins Riley & Scarborough**<br>**3751 Robert M. Grissom Parkway**<br>**Myrtle Beach, SC  29577** | **Bank of America**<br>**1901 Main Street**<br>**3rd Floor**<br>**Columbia, SC  29201** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re   Beach First National Bancshares, Inc. _____   Case No. _____
                                    Debtor                                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

### (NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I Gary S. Austin, the Chief Financial Officer of the Corporation named as debtor in this case, declare under penalty of
perjury that I have read the foregoing summary and schedules, consisting of _____14_____ sheets *(Total shown on summary page plus 1)*,
and that they are true and correct to the best of my knowledge, information, and belief.

Date  *May 14, 2010*                     Signature:  *Gary S. Austin*
                                                    Gary S. Austin Chief Financial Officer
                                                    [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

..................................................................................................................................................
*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and
3571.*

**United States Bankruptcy Court**

**District of South Carolina**

In re:      Beach First National Bancshares, Inc.                          Case No.
                                                                           Chapter 7

## STATEMENT OF FINANCIAL AFFAIRS

### 1.    Income from employment or operation of business

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from
☐       operation of the debtor's business, including part-time activities either as an employee or in independent
        trade or business, from the beginning of this calendar year to the date this case was commenced. State also
        the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that
        maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may
        report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint
        petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or
        chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are
        separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| Year to date 2010 | $ 2,370,622.73 | Income Statement |
| Year ending 12/2009 | $29,022,654.95 | Income Statement |
| Year ending 12/2008 | $ 2,301,382.28 | Income Statement |

### 2.    Income other than from employment or operation of business

None    State the amount of income received by the debtor other than from employment, trade, profession, or
☐       operation of the debtor's business during the **two years** immediately preceding the commencement of the
        case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors
        filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is
        filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| Year to date 2010 | $        0.00 | BFNM, LLC |
| Year ending 12/2009 | $    3,235.89 | BFNM, LLC |
| Year ending 12/2008 | $   59,948.14 | BFNM, LLC |

### 3.    Payments to creditors

### Complete a. or b., as appropriate and c.

None    a.        Individual or joint debtor(s) with primary consumer debts: List all payments on loans, installment
☒        purchases of goods or services, and other debts, to any creditor made within **90 days** immediately
         preceding the commencement of this case unless the aggregate value of all property that constitutes or is
         affected by such transfer is not less than $600.00. Indicated with an asterisk (*) any payments that were
         made to a creditor on account of a domestic support obligation or as part of an alternative repayment

schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.      Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than **$5,850.00**. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Beach First National Bank 3751 Robert M. Grissom Parkway Suite 100 Myrtle Beach, SC 29577 | 02/18/10 | $    57,936.00 | $0.00 |
| Beach First National Bank 3751 Robert M. Grissom Parkway Suite 100 Myrtle Beach, SC 29577 | 03/05/10 | $  117,958.65 | $0.00 |
| Beach First National Bank 3751 Robert M. Grissom Parkway Suite 100 Myrtle Beach, SC 29577 | 03/16/10 | $      7,079.20 | $0.00 |
| Beach First National Bank 3751 Robert M. Grissom Parkway Suite 100 Myrtle Beach, SC 29577 | 03/26/10 | $7,952,780.89 | $0.00 |
| Beach First National Bank 3751 Robert M. Grissom Parkway Suite 100 Myrtle Beach, SC 29577 | 03/29/10 | $  439,736.41 | $0.00 |
| BFNM, LLC 3751 Robert M. Grissom Parkway Suite 100 Myrtle Beach, SC 29577 | 03/25/10 | $    47,791.56 | $0.00 |
| BFNM, LLC 3751 Robert M. Grissom Parkway Suite 100 Myrtle Beach, SC 29577 | 04/20/10 | $    47,791.56 | $0.00 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Bryan Cave Powell Goldstein 1201 West Peachtree Street 14th Floor Atlanta, GA 30309 | 04/15/10 | $ 40,000.00 | $0.00 |
| Clawson & Staubes, LLC 126 Seven Farms Drive Charleston, SC 29492 | 04/15/10 | $ 25,000.00 | $0.00 |
| The Poelker Consultancy 3030 Spalding Drive Atlanta, GA 30350 | 04/16/10 | $ 20,000.00 | $0.00 |
| Alston & Bird 1201 West Peachtree Street Atlanta, Georgia 30309 | 04/19/10 | $ 49,496.36 | $0.00 |
| Bryan Cave Powell Goldstein 1201 West Peachtree Street 14th Floor Atlanta, Georgia 30309 | 04/22/10 | $ 32,580.12 | $0.00 |
| Nelson Mullins Riley & Scarborough 3751 Robert M. Grissom Parkway Myrtle Beach, SC 29577 | 05/07/10 | $ 18,921.10 | $0.00 |
| Alston & Bird 1201 West Peachtree Street Atlanta, Georgia 30309 | 05/07/10 | $ 1,300.00 | $0.00 |

---

None
☐

c.    All debtors: List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors **who are insiders.** (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**Inclusion in this question 3(c) is not an admission by Debtor that the entity was an insider at the time of payment or that the payment is preferential or improper.**

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Beach First National Bank | 03/29/10 | $ 439,736.41 | $0.00 |
| 3751 Robert M. Grissom Parkway | 03/26/10 | $7,952,780.89 | $0.00 |
| Suite 100 | 03/16/10 | $ 7,079.20 | $0.00 |
| Myrtle Beach, SC 29577 | 03/05/10 | $ 117,958.65 | $0.00 |
| | 02/18/10 | $ 57,936.00 | $0.00 |
| Subsidiary of Debtor | 12/30/09 | $ 221,805.06 | $0.00 |
| | 12/11/09 | $ 1,500.00 | $0.00 |
| | 10/02/09 | $ 623,125.53 | $0.00 |
| | 07/07/09 | $1,194,071.00 | $0.00 |
| | 04/27/09 | $ 100,000.00 | $0.00 |
| | | | |
| BFNM, LLC | 04/20/10 | $ 47,791.56 | $0.00 |
| 3751 Robert M. Grissom Parkway | 03/25/10 | $ 47,791.56 | $0.00 |
| Suite 100 | | | |
| Myrtle Beach, SC 29577 | | | |
| | | | |
| Joint Venture | | | |
| | | | |
| The Poelker Consultancy | 04/16/10 | $20,000.00 | $0.00 |
| 3030 Spalding Drive | | | |
| Atlanta, GA 30350 | | | |
| | | | |
| Past Chief Executive Officer | | | |
| | | | |
| Gary Austin | 05/07/10 | $ 59.05 | $0.00 |
| 3751 Robert M. Grissom Parkway | | | |
| Suite 100 | | | |
| Myrtle Beach, SC 29577 | | | |
| | | | |
| Chief Financial Officer | | | |

---

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☒    a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

---

None ☐    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| FDIC | 04/09/10 | Beach First National |
| Thomas J. Dujenski | | Bank |
| Atlanta Regional Director | | Unknown Value |

Federal Deposit Insurance Corporation
10 Tenth Street
Suite 800
Atlanta, GA  30309

---

## 5.    Repossessions, foreclosures and returns

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

## 6.    Assignment and receiverships

None
☒

a.    Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT |
| --- | --- | --- |

---

None
☐

b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |
| FDIC Thomas J. Dujenski Atlanta Regional Director Federal Deposit Insurance Corporation 10 Tenth Street Suite 800 Atlanta, GA  30309 | N/A | 04/09/10 | Beach First National Bank Unknown Value |

---

## 7.    Gifts

None
☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.    Losses

None ☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.    Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER, IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Bryan Cave Powell Goldstein 1201 West Peachtree Street 14th Floor Atlanta, Georgia 30309 | 04/15/10 | $40,000.00 Fee |
| Clawson & Staubes, LLC 126 Seven Farms Drive Charleston, SC 29492 | 04/15/10 | $25,000.00 Fee |

### 10.    Other transfers

None ☐

a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Beach First National Bank 3751 Robert M. Grissom Parkway Suite 100 Myrtle Beach, SC 29577 | 12/17/09 | All property of the Debtor |
| Subsidiary of Debtor | | |

None  b.    List all property transferred by the debtor within **ten years** immediately preceding the
☒        commencement of this case to a self-settled trust or similar device of which the debtor is the beneficiary.

| NAME TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

### 11.    Closed financial accounts

None  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor
☒     which were closed, sold, or otherwise transferred within **one year** immediately preceding the
      commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit,
      or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives,
      associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or
      chapter 13 must include information concerning accounts or instruments held by or for either or both
      spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
      filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

### 12.    Safe deposit boxes

None  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other
☒     valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing
      under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a
      joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

### 13.    Setoffs

None  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90
☐     days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
      must include information concerning either or both spouses whether or not a joint petition is filed, unless
      the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| FDIC<br>Thomas J. Dujenski<br>Atlanta Regional Director<br>Federal Deposit Insurance Corporation<br>10 Tenth Street,   Suite 800<br>Atlanta, GA  30309 | Unknown | Unknown |

---

### 14.    Property held for another person

None ☒    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15.    Prior address of debtor

None ☒    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16.    Spouses and Former Spouses

None ☒    If the debtor resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of this case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17.    Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of theses substances, wastes, or material.

"site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant or contaminant or similar term under an Environmental Law.

None ☒    a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None   b.      List the name and address of every site for which the debtor provided notice to a governmental
☒      unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and
       the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None   c.      List all judicial or administrative proceedings, including settlements or orders, under any
☒      Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of
       the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18.    Nature, location and name of business

None   a.      *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of
☐      businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director,
       partner, or managing executive of a corporation, partner in a partnership, sole proprietorship, or was a self-
       employed in a trade, profession, or other activity either full- or part-time within **six years** immediately
       preceding the commencement of this case, which the debtor owned 5 percent or more of the voting or
       equity securities within the **six years** immediately preceding the commencement of this case.

       *If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of
       businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
       percent or more of the voting or equity securities, within **six years** immediately preceding the
       commencement of this case.

       *If the debtor is a corporation,* list the names, addresses, taxpayer-identification numbers, nature of
       businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
       percent or more of the voting or equity securities, within **six years** immediately preceding the
       commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Beach First National Bank | 58-230991 | 3751 Robert M. Grissom Parkway Suite 100 Myrtle Beach, SC 29577 | Bank | 09/23/96 - present |
| Beach First National Trust | 57-1030117 | c/o Beach First National Bancshares, Inc. 3751 Robert M. Grissom Parkway Suite 100 Myrtle Beach, SC 29577 | Trust | 05/27/04 - present |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| Beach First National Trust II | 57-1030117 | c/o Beach First National Bancshares, Inc. 3751 Robert M. Grissom Parkway Suite 100 Myrtle Beach, SC  29577 | Trust | 03/30/05 - present |
| BFNM Building, LLC | 20-2504114 | 3751 Robert M. Grissom Parkway Suite 100 Myrtle Beach, SC  29577 | Real Estate Development | 06/08/05 - present |

None    b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as
☒       defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

BFNM Building, LLC                                      3751 Robert M. Grissom Parkway
                                                        Suite 100
                                                        Myrtle Beach, SC  29577

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full-or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who ahs not been in business within those six years should go directly to the signature page.)*

## 19.    Books, records and financial statements

None    a.      List all bookkeepers and accountants who within **two years** immediately preceding the filing of
☐       this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED

Joey Housand                                            05/01/07 to present
3751 Robert M. Grissom Parkway
Suite 100
Myrtle Beach, SC  29577

Gary S. Austin                                          08/27/07 to present
3751 Robert M. Grissom Parkway
Suite 100
Myrtle Beach, SC  29577

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Zebeth Fowler<br>3751 Robert M. Grissom Parkway<br>Suite 100<br>Myrtle Beach, SC 29577 | 06/24/08 to present |

None ☐  b.    List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Zebeth Fowler<br>3751 Robert M. Grissom Parkway<br>Suite 100<br>Myrtle Beach, SC 29577 | 01/01/08 to present |
| Gary S. Austin<br>3751 Robert M. Grissom Parkway<br>Suite 100<br>Myrtle Beach, SC 29577 | 01/01/08 to present |

None ☐  c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Zebeth Fowler | 3751 Robert M. Grissom Parkway<br>Suite 100<br>Myrtle Beach, SC 29577 |
| Beach First National Bank | 3751 Robert M. Grissom Parkway<br>Suite 100<br>Myrtle Beach, SC 29577 |
| FDIC | 10 Tenth Street<br>Suite 800<br>Atlanta, GA 30309 |

None ☐  d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Annual Reports to Shareholders | 2009 and 2008 for Fiscal<br>Years 2008 and 2007 |

### 20.     Inventories

None  a.      List the dates of the last two inventories taken of your property, the name of the person who
☒       supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY                    INVENTORY SUPERVISOR                    DOLLAR AMOUNT
OF GOVERNMENTAL UNIT                                                         IF INVENTORY
                                                                            (Specify cost, market
                                                                            or other basis)

None  b.      List the name and address of the person having possession of the records of each of the inventories
☒       reported in a., above.

DATE OF INVENTORY                                                           NAME AND ADDRESSES
                                                                            OF CUSTODIAN OF
                                                                            INVENTORY RECORDS

### 21.     Current Partners, Officers, Directors and Shareholders

None  a.      If the debtor is a partnership, list the nature and percentage of partnership interest of each member
☒       of the partnership.

NAME AND ADDRESS                     NATURE OF INTEREST                      PERCENTAGE OF INTEREST

None  b.      If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder
☐       who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the
        corporation.

| NAMES AND ADDRESS OF STOCK OWNERSHIP | TITLE | NATURE AND PERCENTAGE |
|---|---|---|
| Raymond E. Cleary, III<br>3577 Marion Lane<br>Murrells Inlet, SC 29576 | Director | |
| E. Thomas Fulmer<br>2110 Sanderling Drive<br>North Myrtle Beach, 29582 | Director | |
| Joe N. Jarrett, Jr.<br>9403 Kings Road<br>Myrtle Beach, SC 29572 | Director | |
| Leigh Ammons Meese<br>4905 Woodview Lane<br>Myrtle Beach, SC 29575 | Director | |
| Don J. Smith<br>135 North Gate Road<br>Myrtle Beach, SC 29572 | Director | |
| B. Larkin Spivey, Jr.<br>8803 North Ocean Boulevard<br>Myrtle Beach, SC 29572 | Director | |
| Orvis Barlett Buie<br>9407 Cove Drive<br>Myrtle Beach, SC 29572 | Director | |

| NAMES AND ADDRESS OF STOCK OWNERSHIP | TITLE | NATURE AND PERCENTAGE |
|---|---|---|
| Michael D. Harrington<br>5704 Woodside Avenue<br>Myrtle Beach, SC 29577 | Director | |
| Richard E. Lester<br>8712 North Ocean Boulevard<br>Myrtle Beach, SC 29577 | Director | |
| Rick H. Seagroves<br>9506 Lake Drive<br>Myrtle Beach, SC 29572 | Director | |
| Samuel Robert Spann, Jr.<br>538 Fernwood Road<br>Murrells Inlet, SC 29576 | Director | |
| James C. Yahnis<br>4541 Richmond Hill Drive<br>Murrells Inlet, SC 29576 | Director | |
| Cede & Co<br>P.O. Box 222<br>New York, NY 10274 | Shareholder | 3,733,781 shares = 77% |
| Gary S. Austin<br>3751 Robert M. Grissom Parkway<br>Suite 100<br>Myrtle Beach, SC 29577 | Chief Financial Officer<br>Secretary | |

## 22.  Former Partners, Officers, Directors and Shareholders

None  a.     If the debtor is a partnership, list each member who withdrew from the partnership within **one**
☒     **year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None  b.     If the debtor is a corporation, list all officers, or directors whose relationships with the corporation
☐     terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Walter E. Standish, III<br>408 38th Avenue North<br>Myrtle Beach, SC 29577 | President<br>Director | 03/01/10 |
| Bert Anderson<br>1560 Brookgreen Drive<br>Myrtle Beach, SC 29577 | Director | 11/10/09 |

**23.    Withdrawals from a Partnership or Distributions by a Corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OR RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**See Answer to No. 3c**

---

**24.    Tax Consolidation Group**

None
☐

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor as been a member at any time within **six years** immediately preceding the commencement of this case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|
| Beach First National Bancshares, Inc. | 57-1030117 |

---

**25.    Pension Funds**

None
☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of this case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|

******************************

*[If completed on behalf of an individual or individual and spouse]*

I declare under penalty that I have read the answers contained in the foregoing statement of financial affairs and any attachment thereto and that they are true and correct.

Date:_____          Signature_____
                                                              of Debtor

Date:_____          Signature_____
                                                              of Joint Debtor

*[If completed on behalf of a partnership or corporation]*

I declare under penalty that I have read the answers contained in the foregoing statement of financial affairs and any attachment thereto and that they are true and correct to the best of my knowledge, information and belief.

Date: *May 14, 2010*                                 Signature: *Gary S. Austin*

Gary S. Austin
Executive Vice President/Chief Executive Officer


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


_____0_____ continuation sheets attached


Penalty for making a false statement.  Fine of up to $500,000 or imprisonment for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571.

6065650

# United States Bankruptcy Court
### District of South Carolina

In re: <u>Beach First National Bancshares, Inc.</u>                Case No. _____
　　　　　　　　Debtor(s)                                                   Chapter  <u>7</u>

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.　　Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ....................................................    $       25,000.00

Prior to the filing of this statement I have received ........................................    $       25,000.00

Balance Due .....................................................................................................    $           0.00

2.　　The source of the compensation paid to me was:

☒　　Debtor　　☐　　Other (specify):

3.　　The source of compensation to be paid to me is:

☒　　Debtor　　☐　　Other (specify):

4.　　☐　　I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐　　I have agreed to share the above-disclosed compensation with a person who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.　　In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
a.　　Assisting with the analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.　　Assisting with the preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.　　Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.　　Representing the debtor after the chapter 7 filing in responding to inquiries;
e.　　Other routine work as needed.

6.　　By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.  All data concerning asset, creditor and valuation has been provided by debtor(s).  No tax advice has been or will be provided.  No guarantees or warranties as to case outcome have been provided.** *See additional Statement and Disclosure of Clawson & Staubes, LLC attached hereto.*

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: <u>May 13, 2010</u>

District Court I.D.:5874
**CLAWSON & STAUBES, LLC**
126 Seven Farms Drive, Suite 2<sup>00</sup>
Charleston, SC 29492
Telephone: 843-577-2026
Facsimile: 843-722-2867

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:                                          )        CASE NO.: 10-
                                                )        CHAPTER 7
Beach First National Bancshares, Inc.,          )
a South Carolina Corporation,                   )
        Tax ID No.: 57-1030117,                 )
                                                )
                Debtor(s).                      )
_____)

## STATEMENT AND DISCLOSURE OF COMPENSATION OF
## CLAWSON & STAUBES, LLC PURSUANT TO
## FEDERAL RULE OF BANKRUPTCY PROCEDURE 2016

Pursuant to 11 U.S.C. §329(a) and Fed. R. Bankr. P. 2016(b), I certify that I am the

local counsel for the above-referenced Debtor and that the compensation paid to the firm

of Clawson & Staubes, LLC (the "Firm") within one year of the filing of the petition, or

agreed to be paid, for services rendered or to be rendered on behalf of the Debtor in

contemplation of or in connection with the bankruptcy case is as follows:

1.

For legal services and expenses in contemplation of or in connection with the

bankruptcy case, the Firm as agreed to accept $25,000.00.

2.

Within the year prior to the filing, the Firm has not received any payments from the

Debtor, other than in connection with this case and in the ordinary course for services

rendered to the Debtor.

3.

None of the aforesaid funds have been shared with any other person or entity, and

no agreement or understanding exists between the Firm and any other person or entity for

the sharing of such compensation received or for any amount to be received for services

rendered in connection with the case, excluding any agreement or understanding for the sharing of compensation among the Firm's members and associates.

4.

In return for the bankruptcy fees disclosed, the Firm has performed or agreed to perform the following services: (I) assisting with the analysis of debtor's financial situation, and rendering advice the debtor in determining local rules and requirements for filing of chapter 7 petition; (ii) assisting with the preparation and filing of any petition, schedules, statement of affairs and plan which may be required; (iii) representing the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof; (iv) representing the debtor after the chapter 7 filing in responding to inquiries; (v) and other routine work as needed.

5.

In arriving at a flat fee to charge the Debtor, it is difficult to estimate the amount of time, which the Firm may have to spend in the future in this case given that this is not a routine Chapter 7. With regard to the environment in which the Debtor finds itself, there are various potential regulatory agencies, which may investigate the Debtor including, but not limited to, the Federal Deposit Insurance Corporation. In fact, the FDIC is acting as the receiver for First Beach Bank, a subsidiary of the Debtor. Moreover, the Debtor is a publically held company which necessitates additional actions.

6.

I certify that the foregoing is a complete statement of the agreement or arrangement for payment to the Firm for its representation of the Debtor in this bankruptcy proceeding. I declare under perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information, and belief.

Charleston, South Carolina

May 14, 2010.

_____
J. Ronald Jones, Jr.
District Court I.D. 5874
CLAWSON & STAUBES, LLC
126 Seven Farms Drive, Suite 200
Charleston, SC 29492
Telephone: (843) 577-2026
Facsimile: (843) 722-2867

Local Counsel for Beach First National
Bankshares, Inc.

# United States Bankruptcy Court
### District of South Carolina

In re: <u>Beach First National Bancshares, Inc.</u>                      Case No. _____
                            Debtor(s)                      Chapter  7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.      Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

           For legal services, I have agreed to accept .........................................................   $ _____ 40,000.00

           Prior to the filing of this statement I have received ........................................   $ _____ 40,000.00

           Balance Due ...............................................................................................   $ _____ 0.00

2.      The source of the compensation paid to me was:

           ☒     Debtor         ☐     Other (specify):

3.      The source of compensation to be paid to me is:

           ☒     Debtor         ☐     Other (specify):

4.      ☐     I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

           ☐     I have agreed to share the above-disclosed compensation with a person who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
      a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.    Representation of the debtor after the chapter 7 filing in responding to inquiries;
      d.    Other routine work as needed.

6.      By agreement with the debtor(s), the above-disclosed fee does not include the following service:

      **All data concerning asset, creditor and valuation has been provided by debtor. No tax advice has been or will be provided. No guarantees or warranties as to case outcome have been provided. *See additional Statement and Disclosure of Bryan Cave Powell Goldstein attached hereto.***

---

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: <u>May 11, 2010</u>             /s/ Wendy L. Hagenau     *Wendy L. Hagenau*
                                  Georgia State Bar No.: 316688
                                  **BRYAN CAVE POWELL GOLDSTEIN**
                                  1201 West Peachtree Street, 14th Floor
                                  Atlanta, GA 30309
                                  Telephone: 404-572-6600
                                  Facsimile: 404-572-6999

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

In re:                                    )
                                          )        Chapter 7
BEACH FIRST NATIONAL                      )
BANCSHARES, INC.,                         )
a South Carolina Corporation,             )        Case No.
Tax ID No. 57-1030117,                    )
                                          )
                          Debtor.         )
_____ )

## STATEMENT AND DISCLOSURE OF COMPENSATION OF
## BRYAN CAVE POWELL GOLDSTEIN PURSUANT TO FEDERAL
## RULE OF BANKRUPTCY PROCEDURE RULE 2016

Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that I am the

attorney for the above referenced Debtor and that the compensation paid to the firm of Bryan

Cave Powell Goldstein (the "Firm") within one year of the filing of the petition, or agreed to be

paid, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in

connection with the bankruptcy case is as follows:

1.

For legal services and expenses in contemplation of or in connection with the bankruptcy

case, the Firm has agreed to accept $40,000.00.

2.

Within the year prior to the filing, the Firm has not received any payments from the

Debtor, except on ordinary course bills for services rendered to the Debtor.

605648

3.

None of the aforesaid funds have been shared with any other person or entity, and no agreement or understanding exists between the Firm and any other person or entity for the sharing of such compensation received or for any amount to be received for services rendered in connection with the case, excluding any agreement or understanding for the sharing of compensation among the firm's members and associates.

4.

In return for the bankruptcy fees disclosed, the Firm has performed or agreed to perform the following services: (i) advised the Debtor with respect to a potential bankruptcy filing; (ii) researched, gathered information for and prepared the bankruptcy petition, schedules, and statement of financial affairs; and (iii) represent the Debtor after the chapter 7 filing in responding to inquiries.

5.

In arriving at a flat fee to charge the Debtor, it is difficult to estimate the amount of time, which the Firm may have to spend in the future in this case given that this is not a routine chapter 7. With regard to the environment in which the Debtor finds itself, there are various potential regulatory agencies, which may investigate the Debtor including, but not limited to, the Federal Deposit Insurance Corporation. In fact, the FDIC is acting as the receiver for First Beach Bank, a subsidiary of the Debtor. Moreover, the Debtor is a publically held company which necessitates additional actions.

605648

6.

I certify that the foregoing is a complete statement of the agreement or arrangement for

payment to the Firm for its representation of the Debtor in this bankruptcy proceeding.  I declare

under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the

best of my knowledge, information, and belief.


Dated: May *14* , 2010.



*Wendy L. Hagenau*
Wendy L. Hagenau
Georgia State Bar No. 316688
wendy.hagenau@bryancave.com
**BRYAN CAVE POWELL GOLDSTEIN**
1201 West Peachtree Street
14th Floor
Atlanta, Georgia  30309
Telephone: (404) 572-6600
Facsimile:  (404) 572-6999

Counsel to Beach First National Bancshares, Inc.

605648

## CERTIFICATE OF SERVICE

This is to certify that I have on this the *14th* day of May 2010, served a true and correct copy of the foregoing **STATEMENT AND DISCLOSURE OF COMPENSATION OF BRYAN CAVE POWELL GOLDSTEIN PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE RULE 2016** by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon to the party listed below.

Office of the United States Trustee
1835 Assembly Street
Suite 953
Columbia, SC 29201

Wendy L. Hagenau

6065648

## DECLARATION UNDER PENALTY OF PERJURY

I, Gary S. Austin, the Executive Vice President and Chief Financial Officer of Beach

First National Bancshares, Inc., named as the Debtor in this case, declare under penalty of

perjury that I have read the foregoing List of Equity Security Holders and that it is true and

correct to the best of my information and belief.

Dated: May _14_, 2010

_____
Gary S. Austin
Executive Vice President/Chief Financial Officer

6065646

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| BEACH FIRST NATIONAL | ) | |
| BANCSHARES, INC., | ) | |
| a South Carolina Corporation, | ) | Case No. |
| Tax ID No. 57-1030117, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## VERIFICATION OF CREDITOR MATRIX

I hereby certify under penalty of perjury that the attached Master Mailing List of

creditors, consisting of ninety-six (96) sheets is complete, correct and consistent with the

debtor's schedules and I assume all responsibility for any errors or omissions.

Dated: May __14__, 2010

 

 

_____

J. Ronald Jones, Jr.
South Carolina State Bar No. 66091
rjones@clawsonandstaubes.com
**CLAWSON & STAUBES, LLC**
126 Seven Farms Drive
Suite 200
Charleston, South Carolina  29492
Telephone: (843) 577-2026
Facsimile:  (843) 722-2867

-and-

6065645

*Wendy L. Hagenau*

Wendy L. Hagenau
Georgia State Bar No. 316688
wendy.hagenau@bryancave.com
**BRYAN CAVE POWELL GOLDSTEIN**
1201 West Peachtree Street
14th Floor
Atlanta, Georgia  30309
Telephone: (404) 572-6600
Facsimile:  (404) 572-6999

Counsel to Beach First National Bancshares, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| BEACH FIRST NATIONAL | ) | |
| BANCSHARES, INC., | ) | |
| a South Carolina Corporation, | ) | Case No. |
| Tax ID No. 57-1030117, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## STATEMENT OF CORPORATE OWNERSHIP

**COMES NOW** Beach First National Bancshares, Inc. (the "Debtor") and pursuant to

Fed. R. Bankr. P. 1007(a) and 7007.1 and lists below all entities that directly or indirectly own

10% or more of any class of the corporation's equity interest:

| **OWNER** | **PERCENTAGE OF SHARES** |
|---|---|
| Cede & Co.<br>P.O. Box 222<br>New York, New York 10274 | 77% |

J. Ronald Jones, Jr.
South Carolina State Bar No. 66091
rjones@clawsonandstaubes.com
**CLAWSON & STAUBES, LLC**
126 Seven Farms Drive
Suite 200
Charleston, South Carolina  29492
Telephone: (843) 577-2026
Facsimile:  (843) 722-2867

-and-

6065649

*Wendy L. Hagenau*
Wendy L. Hagenau
Georgia State Bar No. 316688
wendy.hagenau@bryancave.com
**BRYAN CAVE POWELL GOLDSTEIN**
1201 West Peachtree Street
14th Floor
Atlanta, Georgia 30309
Telephone: (404) 572-6600
Facsimile: (404) 572-6999

Counsel to Beach First Bancshares, Inc.

6065649